# Exhibit 1

SUPREME COURT   STATE OF NEW YORK
COUNTY OF ONEIDA

IN THE MATTER OF THE FORECLOSURE OF
TAX LIENS BY PROCEEDING IN REM PURSUANT
TO ARTICLE ELEVEN OF THE REAL PROPERTY
TAX LAW BY THE CITY OF UTICA

JUDGMENT AND
ORDER FOR
FORECLOSURE
BY DEFAULT

INDEX: EFCA2019-001628
RJI NO:
JUDGE: MURAD

UPON the Notice of Motion and Ex-Parte Application for Foreclosure by Default dated November 17, 2021; the Affidavit of Regularity of William C. Morehouse, Comptroller of the City of Utica sworn to on November 19, 2021 with Schedules A-C submitted therewith; and the supporting Affidavit of Merima Smajic, Assistant Corporation Counsel of the City of Utica sworn to on November 19, 2021; said motion having been heard before this Court on the 23rd day of February, 2022, on submission, it is hereby

**ORDERED** that the parcels of property described in said List of Delinquent Taxes for said, filed herein which since the commencement of the action have been redeemed and for which Certificates of Redemption have been filed in the Office of the Oneida County Clerk, be stricken and canceled from this proceeding In Rem, subject to reinstatement, and it is further

**ORDERED** that all proceedings in this action were fully and properly taken pursuant to Article 11 of the Real Property Tax Law of the State of New York, and in particular Sections 1122, 1123, 1124, 1125, 1128, 1136, and 1138 thereof, and there has been full and due compliance with the provisions of said Article 11, and it is further

**ORDERED** that the City of Utica is awarded possession of every parcel of land described in the Revised List of Delinquent Taxes, as amended, not heretofore redeemed or withdrawn and as

1

to which no Answer has been interposed, and as contained on **Schedule "A"** attached ~~to the Affidavit of Regularity~~ hereto and incorporated herein by reference, and all items of personal property thereon the premises deemed abandoned to the City of Utica; and the Utica City Comptroller, William C. Morehouse, the Tax Lien Enforcement Officer of the City of Utica is hereby directed to make, execute and cause to be recorded a Deed or Deeds conveying to said City of Utica full and complete title to said parcels of land in fee simple absolute, free and clear of all liens and encumbrances pursuant to Real Property Tax Law Section 1136, and it is further

*ORDERED* that the parcels for which Answers have been duly and properly filed are hereby severed for separate and independent determinations, and it is further

*ORDERED* that the foreclosure of the parcels for which the property owners have entered into an installment agreement with the City pursuant to RPTL Section 1184, as contained on **Schedule "B"** attached ~~to the Affidavit of Regularity~~ hereto shall continue without interruption, but that the City shall not take title to said properties unless and until the property owner is in default and breach of the terms of the said installment agreements at which time, the City will apply for separate and independent determinations pursuant to the terms of said agreement(s), and it is further

*ORDERED* that the foreclosure of the parcels for which the property owners have completed and provided the Petitioner with a Hardship Declaration Form as required per COVID-19 Emergency Eviction and Foreclosure Prevention Act (CEEFPA), as contained in **Schedule "C"** attached ~~to the Affidavit of Regularity~~ hereto and subject to conferencing under AO/35/22 are hereby severed and tolled until January 15, 2022, and it is further

*ORDERED* that upon Deed(s) hereinbefore directed the City of Utica shall be seized of an estate in fee simple absolute free and clear of all liens and encumbrances of those parcels of land

2

therein described pursuant to Article 11 of the Real Property Tax Law and seized of all items of personal property thereon, deemed abandoned to the City of Utica, and all persons including the People of the State of New York and the United States of America, infants, incompetents, absentees and non-residents who may have had any right, title, interest, claim, lien or equity of redemption in or upon such properties shall be barred and forever forecloses of such right, title, interest, claim, lien or equity of redemption, and it is further

ORDERED, that, in the event any one of the parcels listed on the attached Schedule "A" is no longer delinquent, and is fully paid off after the signing of the instant Judgment and Order, then the Enforcing Officer, the City of Utica Comptroller shall strike said parcel from the Schedule and/or Judgment without judicial intervention, and it is further

ORDERED, that the parcels of land to which the City of Utica shall receive possession, deed and title as aforesaid are those ~~as contained on the Revised List of Delinquent Taxes, as amended, filed in the Office of the Clerk of Oneida County~~ not heretofore redeemed or withdrawn and as to which no Answer has been interposed, as contained on the attached Schedule "A" ~~attached to the Affidavit of Regularity~~ and incorporated by reference herein, and it is further

ORDERED, that, notwithstanding the above, any subsequent conveyance of the property acquired by the City of Utica pursuant to this Judgment and Order shall be subject to the lien and conditions of a mutual agreement between the City of Utica and the County of Oneida or by further order of this Court.

Dated: March 4, 2022

ENTER.

Utica, New York.

_____
Honorable David A. Murad
Supreme Court Justice

~~Dated:~~

Judgment roll filed and Judgment signed entered and docketed
3/4/2022
Clerk

3

FILED: ONEIDA COUNTY CLERK 03/04/2022 11:31 AM
NYSCEF DOC. NO. Case 1:23-cv-01354-EJS-MJK   Document 131-1   Filed 10/30/24   Page 5 of 11
INDEX NO. EFCA2019-001628
RECEIVED NYSCEF: 03/04/2022

FILED: ONEIDA COUNTY CLERK 03/04/2022 10:29 AM
NYSCEF DOC. NO. 36
RECEIVED NYSCEF: 03/04/2022

# SCHEDULE A

| Property ID | Year | Customer Name | Property Location |
|---|---|---|---|
| 307.10-4-28 | 2019 | CITRINITI LEONARD | 465 EUCLID Rd |
| 307.16-2-7 | 2019 | SACCO CAROL A | 511 DEERWOOD Rd |
| 308.13-1-11 | 2019 | ZAMMIELLO LOUIE L | 1319 ELDORADO Rd |
| 318.21-1-47 | 2019 | SOUTHSIDE AUTO SALES, LLC | KELLOGG Ave |
| 318.21-2-25 | 2019 | MORSE BRETT J | 1012 KELLOGG Ave |
| 318.23-3-72 | 2019 | ANIMAL PROTECTION LEAGUE OF | 1106 PARKER St |
| 318.23-3-79 | 2019 | RODAS LUIS A | 1124 PARKER St |
| 318.23-3-81 | 2019 | RODAS LUIS A | 1200 PARKER St |
| 318.23-4-7 | 2019 | FERDULA ANNA L | 1417 ERIE St |
| 318.24-1-3 | 2019 | DIZDAREVIC SEHAD | 920 HAAK Ave |
| 318.24-2-36 | 2019 | FORD ERNIE | 1045 HOPE St |
| 318.29-3-1 | 2019 | HARE JONATHAN | 1001 MATHEWS Ave |
| 318.39-1-53 | 2019 | BOSQUE JUAN ANTONIO | 1215 WARREN St |
| 318.46-2-43 | 2019 | O'BOYLE KIMBERLY A | 1310 NOYES St |
| 318.47-1-46 | 2019 | MENNING ENTERPRISES, LLC | 1006 WAGER St |
| 318.47-4-3 | 2019 | DUHART EULE E JR | 1107 GREEN St |
| 318.49-2-24 | 2019 | MCINNIS EDWARD J | 418420 MANDEVILLE St |
| 318.54-3-47 | 2019 | DONLON CHARLES E | ASH St |
| 318.56-2-1 | 2019 | REKIC INDIRA | 637 PLANT St |
| 318.58-2-41 | 2019 | GRIECO CHARLES | 1005 PARK Ave |
| 318.58-2-45 | 2019 | HOUCK THOMAS A | 1012 STEUBEN St |
| 318.58-2-63 | 2019 | GRIECO CHARLES F | 1009 PARK Ave |
| 318.59-4-18 | 2019 | HOUSE WALTER | 408 BLANDINA St |
| 318.63-1-28 | 2019 | O'BOYLE KIMBERLY | 822 WAVERLY Pl |
| 318.63-2-36 | 2019 | OGELSBY LISA JEAN | 811 CHESTNUT St |
| 318.63-2-49 | 2019 | DUNDON SCOT | 1419 LINCOLN Ave |
| 318.63-3-18 | 2019 | MARTINEZ JANETTE | 35 WAVERLY Pl |
| 318.64-3-16 | 2019 | BUENO SIMON | 2 HOBART St |
| 318.65-2-45 | 2019 | VENTURE ONEIDA SQUARE, LLC | 1315 ONEIDA St |
| 318.68-2-50 | 2019 | LOPEZ PEDRO | 623 SOUTH St |
| 318.70-1-17 | 2019 | HOMESTEAD IRREVOCABLE TRUST | 1654 BENNETT St |
| 318.70-1-48 | 2019 | CURLEY TIM | 901903 LAMB St |
| 318.73-3-40 | 2019 | VAQUERANO ROGER | 123 HARDING Pl |
| 318.73-3-73 | 2019 | CHEN BANGHUA | 135 GOLD St |
| 318.74-2-34 | 2019 | AHMED MUKHTAR A | 1302 SEYMOUR AVE |
| 318.74-2-76 | 2019 | BURDIER YEJELIN | 307 LEAH ST |
| 318.75-4-1 | 2019 | CHRISTIE MICHAEL J | 1201 SEYMOUR Ave |
| 318.80-1-32 | 2019 | INGRAHAM GARRETT D | 35 FAXTON St |
| 318.80-2-22 | 2019 | MORRISSEY WALTER T | 1578 ELM St |
| 318.81-2-15 | 2019 | LEA JOYRAI HTOO | 1502 MILLER St |
| 318.81-2-33 | 2019 | TAYLOR BARNEY L | 1525 WEST St |
| 318.81-3-30 | 2019 | BELTON DOUGLAS | HIGH St |
| 318.82-2-39 | 2019 | PACHECO RICARDO | 1412 DUDLEY Ave |
| 318.83-1-39 | 2019 | GJ HOLDINGS, LLC | 1407 TAYLOR Ave |
| 319.20-1-3 | 2019 | BLACK BRIDGE ENTERPRISE, CORP | 2160 BROAD St |
| 319.53-1-31 | 2019 | FELTON JERMAINE C | 511 MOHAWK St |

FILED: ONEIDA COUNTY CLERK 03/04/2022 11:31 AM
INDEX NO. EFCA2019-001628
NYSCEF DOC. NO. 36
RECEIVED NYSCEF: 03/04/2022

Case 1:23-cv-01354-EJS-MJK   Document 131-1   Filed 10/30/24   Page 7 of 11

FILED: ONEIDA COUNTY CLERK 03/04/2022 10:29 AM
INDEX NO. EFCA2019-001628
NYSCEF DOC. NO. 36
RECEIVED NYSCEF: 03/04/2022

| | | | |
|---|---|---|---|
| 319.54-1-76 | 2019 | BARLOW MACUSHLA | 816 CATHERINE St |
| 319.61-2-14 | 2019 | LORENZO PROPERTIES OF NY LLC | 714 BLANDINA St |
| 319.62-5-45 | 2019 | GOODWIN BARRY E | 905 BELMONT Ave |
| 319.63-3-40 | 2019 | FRACCOLA JOSEPH | 511 MILGATE St |
| 319.71-3-10 | 2019 | LAROSA CORRADO | 1207 BLANDINA St |
| 329.11-5-60 | 2019 | PUCKEY LUCY M | 101 WOODLAWN Ave W |
| 329.8-7-44 | 2019 | RYDER ROSE M | 11 CROMWELL Pl |
| 330.33-1-92 | 2019 | MILITELLO SAMUEL J | 1661 STEUBEN St |
| 330.33-3-62 | 2019 | O'BOYLE KIMBERLY | 1649 NEILSON St |
| 330.34-1-15 | 2019 | DOLAN PETER F | 1636 DUDLEY Ave |
| 331.13-2-6 | 2019 | RIVERA ANNY A | NOB Rd |

FILED: ONEIDA COUNTY CLERK 03/04/2022 11:31 AM
INDEX NO. EFCA2019-001628
NYSCEF DOC. NO. 37
RECEIVED NYSCEF: 03/04/2022

Case 1:23-cv-01354-FJS-MJK    Document 131-1    Filed 10/30/24    Page 8 of 11

FILED: ONEIDA COUNTY CLERK 11/22/2021 12:43 PM
INDEX NO. EFCA2019-001628
NYSCEF DOC. NO. 27
RECEIVED NYSCEF: 11/22/2021

# SCHEDULE B

FILED: ONEIDA COUNTY CLERK 03/04/2022 11:31 AM
NYSCEF DOC. NO. 31
INDEX NO. EFCA2019-001628
RECEIVED NYSCEF: 03/04/2022

Case 1:23-cv-01354-FJS-MJK   Document 131-1   Filed 10/30/24   Page 9 of 11

FILED: ONEIDA COUNTY CLERK 11/22/2021 12:43 PM
NYSCEF DOC. NO. 27
INDEX NO. EFCA2019-001628
RECEIVED NYSCEF: 11/22/2021

| Property ID | Year | Customer Name | Property Location |
|---|---|---|---|
| 318.39-1-10 | 2019 | LONGO ROBERTO | 1107 COURT St |
| 318.39-1-9 | 2019 | RFZ LIVING TRUST | 1109 COURT St |
| 318.48-3-29 | 2019 | 629 WILLIAM STREET | 629 WILLIAM St |
| 318.63-1-66 | 2019 | HAYES DUANE C | 1523 LINCOLN Ave |
| 318.67-2-85 | 2019 | ARIAS ALVARO CEDILLO | 322 SOUTH St |
| 318.73-3-33 | 2019 | BELL ANNIE R | 1422 STEUBEN St |
| 318.80-2-59 | 2019 | JOHNSON BRUCE | 1539 KEMBLE St |
| 319.69-4-23 | 2019 | LOCONTI DANIEL J | ALBANY St |
| 319.69-4-5 | 2019 | LOCONTI DANIEL J | 1002 ALBANY St |
| 330.29-1-60 | 2019 | HUNTER DAVID E | 24 EMERSON Ave |
| 330.42-1-24 | 2019 | BROWN VINCENT | 16331635 CONKLING Ave |

FILED: ONEIDA COUNTY CLERK 03/04/2022 11:31 AM
NYSCEF DOC. NO. 37
INDEX NO. EFCA2019-001628
RECEIVED NYSCEF: 03/04/2022

Case 1:23-cv-01354-FJS-MJK   Document 131-1   Filed 10/30/24   Page 10 of 11

FILED: ONEIDA COUNTY CLERK 11/22/2021 12:43 PM
NYSCEF DOC. NO. 28
INDEX NO. EFCA2019-001628
RECEIVED NYSCEF: 11/22/2021

# SCHEDULE C

FILED: ONEIDA COUNTY CLERK 03/04/2022 11:31 AM        INDEX NO. EFCA2019-001628
NYSCEF DOC. NO. 37    Case 1:23-cv-01354-FJS-MJK    Document 131-1    Filed 10/30/24    Page 11 of 11    RECEIVED NYSCEF: 03/04/2022

FILED: ONEIDA COUNTY CLERK 11/22/2021 12:43 PM        INDEX NO. EFCA2019-001628
NYSCEF DOC. NO. 28                                    RECEIVED NYSCEF: 11/22/2021

| Property ID | Year | Customer Name | Property Location |
|---|---|---|---|
| 318.30-1-24 | 2019 | QUICENO JOSE | 919 CHERRY St |
| 318.47-2-13 | 2019 | SCHRAM ROBERT | 1112 STARK St |
| 318.48-1-72 | 2019 | SCHRAM ROBERT W JR | 1119 STARK St |
| ███████ | ████ | ███████████ | ███████████ |
| 330.23-1-19 | 2019 | MIMS EDDIE DONALD | 31 GREENWOOD CT |
| 330.33-1-32 | 2019 | CLARK AARON | 1654 HOWARD Ave |