UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL J. MERCKX, individually and on behalf of all others similarly situated, et. al.<br><br>Plaintiff,<br><br>v.<br><br>RENSSELAER COUNTY, NEW YORK, et. al.,<br><br>Defendants. | JUDGE FREDERICK J. SCULLIN, JR.<br><br>MAGISTRATE JUDGE MITCHELL J. KATZ<br><br>Case No. 1:23-CV-01354-FJS-MJK<br><br>STIPULATION OF, AND MOTION FOR, DISMISSAL AS TO INDIVIDUAL DEFENDANTS ONLY |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff, DANIEL J. MERCKX, on behalf of himself and others similarly situated, et. al., and all Plaintiffs in all cases[1] consolidated into the *Merckx* case by Order of this Court dated October 15, 2024, Dkt. No. 126, and Defendants, MATTHEW J. KELLER., in his official capacity as Treasurer of Cattaraugus County; LAURA QUICK, in her official capacity as Clerk-Treasurer of the City of Port Jervis; MICHAEL SEAMAN, in his official capacity as Director of Treasury and Collections for the City of Buffalo; ANTHONY R. CARVELLI, in his capacity as Commissioner of Finance of Oneida County; STEVEN P. MORGAN, in his capacity as Chief Fiscal Officer of Onondaga County; ANDREW JAROSH, in his capacity as Commissioner of Finance for Saratoga County; MICHAEL T. DECKER, in his capacity as the Director of Property Tax Services of Broome County; DAVID J. DEMPSEY, in his capacity as Treasurer of Cayuga County; MICHAEL G. DISKIN, in his capacity as Treasurer of Essex County;

---

[1] All cases except for *Olney v. County of Onondaga*, Case No. 5:24-CV-742, where the undersigned attorneys for Plaintiffs are not attorneys of record. However, this is a non-issue in the *Olney* case as a tax enforcement officer was not named as a defendant there.

1

DAVID J. PAULSEN, in his capacity as Jefferson County Attorney; SHAWN J. BOWERMAN, in his official capacity as Treasurer of Montgomery County; KEVIN GARDNER, in his capacity as Treasurer of Oswego County; ALLEN RUFFLES, in his capacity as Treasurer of Otsego County; JACYLN FALOTICO, in her capacity as Commissioner of Finance for Schenectady County; RENEE COLE, in her capacity as Treasurer of St. Lawrence County; LISA HOLMES, in her capacity as Administrator of Tompkins County; ROSEANN DAW, in her capacity as Commission of Finance for the County of Ulster; JAMES McFADDEN, in his official capacity as Treasurer of Tioga County; TRACEY WILLIAMS, in her official capacity as Director of Ulster County Real Property Tax Service Agency; PAUL G. ROMANO, in his official capacity as Treasurer of Schenectady County; DONALD WEBER, in his capacity as Director of Real Property Tax Services for Onondaga County; CHRISTINE NORTON, in her official capacity as Treasurer of Warren County; and JANE ST. AMOUR, in her official capacity as Treasurer of Broome County, with all such individual officers collectively defined as the "INDIVIDUAL DEFENDANTS", to the above-captioned action, that the above-entitled action be, and the same hereby is DISMISSED against the INDIVIDUAL DEFENDANTS in their official capacities as Clerk-Treasurers, Treasurers, Enforcement Officers, Fiscal Officers, Directors, Commissioners, Administers, and/or County Attorneys of their respective Counties and Cities ONLY, without prejudice and without costs to any party.

      In addition to the above stipulations, Plaintiffs respectfully move this Court under Fed. Rule Civ. Proc. 41(a)(2) to dismiss MARK WOJCIK, in his official capacity as Chief Fiscal Officer of Rensselaer County ONLY, without prejudice. This motion is made as defense counsel for Mr. Wojcik was unavailable at the time of the filing of this stipulation/motion.

      Dated: November 4, 2024

By:

/s/ H. Todd Bullard (with permission)
H. Todd Bullard
Neal Louis Slifkin
Steven P. Nonkes
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
Email: tbullard@harrisbeach.com
       nslifkin@harrisbeach.com
       snonkes@harrisbeach.com

/s/ Aaron W. Knights (with permission)
Aaron W. Knights
Rupp Pfalzgraf LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
716-854-3400
Fax: 716-332-0336
Email: knights@rupppfalzgraf.com

/s/ William A. Frank (with permission)
William A. Frank
Blustein Shapiro Frank & Barone, LLP
10 Matthews Street
Goshen, NY 10924
845-291-0011
Email: wfrank@mid-hudsonlaw.com

/s/ David M. Lee (with permission)
David Michael Lee
City of Buffalo Department of Law
65 Niagara Square
1104 City Hall
Buffalo, NY 14202
716-851-9691
Fax: 716-851-4105
Email: dlee@city-buffalo.com

/s/ William P. Schmitt (with permission)
William P. Schmitt
Schmitt & Lascurettes, LLC

/s/ Patrick J. Perotti
Patrick J. Perotti, Esq. (admitted pro hac vice)
Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 // (440) 352-3469
Email: pperotti@dworkenlaw.com

George F. Carpinello, Esq.
Jenna C. Smith, Esq.
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600 // (518) 434-0665
Email: gcarpinello@bsfllp.com
jsmith@bsfllp.com

Gregory P. Hansel, Esq. (pro hac vice in *Merckx*)
PRETI FLAHERTY BELIVEAU &
PACHIOS, CHARTERED, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
(207) 791-3000
Email: ghansel@preti.com

Joseph C. Kohn, Esq. (pro hac vice in *Merckx*)
KOHN SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
Email: jkohn@kohnswift.com

Nathan J. Fink, Esq. (pro hac vice in *Merckx*)
FINK BRESSACK
38500 Woodward Avenue Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500
Email: nfink@finkbressack.com

Jonathan D. Pincus, Esq.
JONATHAN D. PINCUS, ESQ.

1508 Genesee Street, Suite 3
Utica, NY 13502
315-724-2147
Email: office@sl-law.net

/s/ Scott W. Bush (with permission)
Scott W. Bush
Corrigan, McCoy Law Firm
220 Columbia Turnpike
Rensselaer, NY 12144
518-477-4575
Fax: 518-477-4578
Email: sbush@cmb-lawfirm.com

/s/ Cheryl D. Sullivan (with permission)
Cheryl D. Sullivan
Broome County Attorney's Office
Broome County Office Building
60 Hawley Street
P.O. Box 1766
Binghamton, NY 13902-1766
607-778-2117
Fax: 607-778-6122
Email: cdsullivan@co.broome.ny.us

/s/ April J. Laws (with permission)
April J. Laws
Johnson Laws, LLC
646 Plank Road, Suite 205
Clifton Park, NY 12065
518-490-6428
Fax: 518-616-0676
Email: ajl@johnsonlawsllc.com

/s Meghan M. Manion (with permission)
Meghan M. Manion
Montgomery County Attorney
20 Park Street
Fonda, NY 12068
518-853-4304
Email: mmanion@co.montgomery.ny.us

/s/ Jonathan M. Bernstein (with permission)
Jonathan M. Bernstein
Goldberg Segalla, LLP - Albany Office

10 Whitestone Ln
Rochester, NY 14618-4118
(585) 732-8515
Email: jdp@jdpincus.com

David M. Giglio, Esq.
DAVID M. GIGLIO & ASSOCIATES, LLC
13 Hopper Street
Utica, NY 13501
(315) 797-2854
Email: davidgigliolaw@yahoo.com

Steven E. Cole, Esq. (Bar No. 2697332)
Robert P. Yawman III, Esq. (Bar No. 5195953)
Adams Leclair LLP
28 East Main Street, Suite 1500
Rochester, New York 14614
(585) 327-4200 // (585) 327-4200 Fax
Email: scole@adamsleclair.law
           ryawman@adamsleclair.law

Ronald P. Friedberg, Esq.
(pro hac vice in *Steele* and *Mkrtchyan*)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 500
Cleveland, OH 44122
(216) 831-0042 // (216) 831-0542 Fax
Email: rfriedberg@meyersroman.com

*Attorneys for Plaintiffs and putative class members*

8 Southwoods Boulevard, Suite 300
Albany, NY 12211-2526
518-935-4240
Fax: 518-463-5420
Email: jbernstein@goldbergsegalla.com

/s/ Benjamin D. Heffley (with permission)
Benjamin D. Heffley
Roemer Wallens Gold & Mineaux LLP
13 Columbia Circle
Albany, NY 12203
518-464-1300
Fax: 518-464-1010
Email: bheffley@rwgmlaw.com

/s/ Justin W. Gray (with permission)
Justin W. Gray
Maynard O'Connor Smith & Catalinotto - Albany Office
6 Tower Place
Albany, NY 12203
518-465-3553
Fax: 518-465-5845
Email: gray@moscllp.com

/s/ Kali R. Schreiner (with permission)
Kali R. Schreiner
Bond Schoeneck & King, PLLC - Syracuse
One Lincoln Center
Syracuse, NY 13202
315-218-8027
Fax: 315-218-8100
Email: kschreiner@bsk.com

/s/ Lawrence Elmen (with permission)
Lawrence Elmen
Warren County Attorney's Office
1340 State Route 9
Lake George, NY 12845
518-761-6463
Email: larry@elmenlaw.com

*Attorneys for Individual Defendants*

IT IS SO ORDERED.

[signature]

Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  November 14, 2024